SAMUEL H. COHEN et al., Respondents, v. ELIAS IRION, as Assignee, etc., Appellant.

(Argued April 20, 1891; decided May 5, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 16, 1889, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*S. M. Lindsley* for appellant.

*William Townsend* for respondents.

Agree to reverse and grant new trial on dissenting opinion of MARTIN, J., below.

All concur.

Judgment reversed.